ming, Utah, and New Mexico is granted. California is allowed thirty days from this date to file its brief in response. THE CHIEF JUSTICE took no part in the consideration or decision of this motion. *Northcutt Ely* for the State of California, defendant.

No. ——. INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION *v.* NATIONAL LABOR RELATIONS BOARD. The motion for an order *nunc pro tunc* extending time within which to file petition for certiorari is denied. *Lloyd E. McMurray* for movant.

No. 22, Misc. CROCKARD *v.* DEPARTMENT OF CORRECTIONS OF MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petition for other relief also denied. Petitioner *pro se. Edmund E. Shepherd,* Solicitor General of Michigan, for respondent.

No. 264, Misc. BREWER *v.* MICHIGAN ET AL. Supreme Court of Michigan. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 310, Misc. KOALSKA *v.* SWENSON, WARDEN. Petition for writ of certiorari to the Supreme Court of Minnesota denied. Appeal dismissed and petition for writ of habeas corpus denied.

No. 393, Misc. BARY ET AL. *v.* UNITED STATES. Application for reduction of bail, referred to the entire Court by MR. JUSTICE CLARK, denied. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit also denied. *Joseph Forer* and *David Rein* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Tompkins, Harold D. Koffsky* and *William S. Kenney* for the United States.